WILLIAM P. PICKETT, as Assignee, etc., Appellant, *v.* ADA F. M. GOLLNER, Respondent.

(Argued February 24, 1890;  decided March 4, 1890.)

MOTION to dismiss appeal from judgment of the General Term of the City Court of Brooklyn, entered upon an order made November 1, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial without a jury.  The motion was based on the ground that the amount in controversy was less than $500.

*Herman F. Koeppe* for motion.

*Alfred R. Page* opposed.

Agree to grant motion ; no opinion.
All concur.
Appeal dismissed.